**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

BARBARA JEAN TAYLOR          )
                                    )
v.                              )   Civil Case No. 3:13-1088
                                    )   Judge William J. Haynes, Jr.
HOWMEDICA OSTEONICS      )
CORPORATION                )

## ORDER

Pursuant to the Conditional Transfer Order (CTO-18) of the Judicial Panel on Multidistrict Litigation, MDL No. 2441, this case is hereby transferred to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the District of Minnesota.

IT IS SO ORDERED.

_____
WILLIAM J. HAYNES, JR.
CHIEF UNITED STATES DISTRICT JUDGE